**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THOMAS E. WHATLEY, III, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:11-cv-00488 |
| vs. | § | (Judge Clark/Judge Mazzant) |
| | § | |
| AHF FINANCIAL SERVICES, LLC, | § | |
| ALPHINE H. FREEMAN III, AND | § | |
| X-RAY ASSOCIATES OF NEW | § | |
| MEXICO, P.C., | § | |
| X-Rays. | § | |

## **ORDER**

The Court, having reviewed Plaintiff's motion to dismiss X-Ray Associates of New Mexico, P.C.'s counterclaims, is of the opinion that the same should be GRANTED. Accordingly,

IT IS SO ORDERED.