IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS E. WHATLEY, III., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-488 |
| | § | Judge Clark/Judge Mazzant |
| AHF FINANCIAL SERVICES, LLC, | § | |
| ALPHINE H. FREEMAN III, and | § | |
| X-RAY ASSOCIATES OF NEW | § | |
| MEXICO, P.C., | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** with prejudice**.**

All relief not previously granted is hereby **DENIED**.

So **ORDERED** and **SIGNED** this **21** day of **March, 2013.**

_____
Ron Clark, United States District Judge