**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THOMAS E. WHATLEY, III, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CASE NO. 4:11-cv-00488-RC-ALM |
| | § | |
| AHF FINANCIAL SERVICES, LLC, | § | |
| ALPHINE H. FREEMAN III, and | § | |
| X-RAY ASSOCIATES OF NEW | § | |
| MEXICO, P.C., | § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF APPEARANCE AND DESIGNATION OF MARSHALL MEYERS AS
*ATTORNEY-IN-CHARGE* FOR PLAINTIFF**

PLEASE TAKE NOTICE: Plaintiff Thomas E. Whatley, III hereby enters the appearance MARSHALL MEYERS and designates Mr. Meyers as the lead attorney-in-charge for Plaintiff in this action in place of Noah D. Radbil. This designation shall be effective as of October 7th, 2013. Mr. Meyers will attend all court proceedings or send a fully informed attorney with authority to bind Plaintiff. Please direct all future papers and notices in this matter to Mr. Meyers's attention using the following contact information:

Marshall Meyers
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

        WEISBERG & MEYERS, LLC

By: s/ Marshall Meyers
    Marshall Meyers
    5025 North Central Ave., Ste. 602
    Phoenix, AZ 85012
    Telephone: (888) 595-9111
    Facsimile: (866) 565-1327
    mmeyers@attorneysforconsumers.com

    *Attorney-in-Charge for Plaintiff*
    THOMAS E. WHATLEY, III

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of October, 2013, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robbie Malone | A. Harvey Freeman, IV |
| Robbie Malone, PLLC | AHF Services, LLC |
| 8750 North Central Expressway # 1850 | 5300 Hollister Street, Suite 510 |
| Dallas TX 75231 | Houston TX 77040 |

                                                /s/Marshall Meyers
                                                Marshall Meyers